UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

RECEIVED
IN CLERK'S OFFICE

OCT 26 2015

U. S. DISTRICT COURT
MID. DIST. TENN.

THE HOSPITAL AUTHORITY OF METROPOLITAN
GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,
TENNESSEE, d/b/a NASHVILLE GENERAL HOSPITAL,
Plaintiff,

v.

Case No. 3:15-cv-01100

MOMENTA PHARMACEUTICALS, INC. and SANDOZ, INC.,

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for     Plaintiff     hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the     Northern District of California     .

Attached is a Certificate of Good Standing from that Court.

*[Signature]*
Signature

Name:     Brendan P. Glackin

Address:  Lieff Cabraser Heimann & Bernstein LLP

Address:  275 Battery Street, 29th Floor

Address:  San Francisco, CA 94111-3339

Phone:    (415) 956-1000

Email:    bglackin@lchb.com

**FEE: $75.00**
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *