# Certificate of Good Standing

United States District Court  )
Northern District of California  )

I, Susan Y. Soong, Clerk of the United States District Court for the Northern District of California, do hereby certify that

**Brendan Patrick Glackin**
Bar No. 199643

was duly admitted to practice in said Court on June 8, 2001, and is in good standing as a member of the bar of said court.

Dated in San Francisco on October 19, 2015

Susan Y. Soong
Clerk



RECEIVED
IN CLERK'S OFFICE
OCT 2 6 2015
U.S. DISTRICT COURT
MID. DIST. TENN.