# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

THE HOSPITAL AUTHORITY OF METROPOLITAN
GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,
TENNESSEE, d/b/a NASHVILLE GENERAL HOSPITAL

Plaintiff,

v.

Case No. **3:15-CV-1100**

MOMENTA PHARMACEUTICALS, INC. and
SANDOZ, INC.

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for **Sandoz Inc.** hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the **Northern District of Georgia**. Attached is a Certificate of Good Standing from that Court.

s/ *Matthew Kent*
Signature

Name: **Matthew Kent**

Address: **Alston & Bird LLP, One Atlantic Center**

Address: **1201 W. Peachtree Street**

Address: **Atlanta, GA 30309-3424**

Phone: **404-881-7000**

Email: **matthew.kent@alston.com**

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

## CERTIFICATE OF SERVICE

   I hereby certify that a true and accurate copy of the foregoing was served via the Court's ECF electronic filing system and U.S. mail on this 5th day of November 2015 upon:

Brendan P. Glackin (*pro hac vice*)
Dean M. Harvey (*pro hac vice*)
Katherine C. Lubin (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  946111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Mark P. Chalos (TN State Bar No. 19328)
John T. Spragens (TN State Bar No. 031445)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North, Suite 1650
Nashville, TN  37219-2423
Telephone:  (615) 313-9000
Facsimile:   (615) 313-9965
*Attorneys for Plaintiff*

R. Dale Grimes (BPR 6223)
Clark D. Milner (BPR 32263)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone:  (615) 742-6200

Of counsel:

Robert S. Frank, Jr. (*pro hac* forthcoming)
Robert M. Buchanan, Jr. (*pro hac* forthcoming)
Daniel C. Winston (*pro hac* forthcoming)
Sophie F. Wang (*pro hac* forthcoming)
CHOATE HALL & STEWART
Two International Place
Boston, MA  02110
Telephone:  (617) 248-5000
Facsimile:   (617) 248-4000
*Attorneys for Momenta Pharmaceuticals, Inc.*

                */s/ Timothy L. Warnock*