UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE HOSPITAL AUTHORITY OF METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a NASHVILLE GENERAL HOSPITAL, <br><br> Plaintiff, <br><br> v. <br><br> MOMENTA PHARMACEUTICALS, INC. and SANDOZ, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:15-cv-01100 <br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Barbara D. Holmes |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Momenta Pharmaceuticals, Inc. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of Massachusetts. Attached is a Certificate of Good Standing from that Court.

Dated: August 25, 2016
Boston, MA

Respectfully submitted,

/s/ Greta Fails
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Email: gfails@choate.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2016, a true and correct copy of the foregoing document was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on counsel listed below:

Mark P. Chalos
John T. Spragens
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue North
Suite 1650
Nashville, TN 37219

Brendan P. Glackin
Dean M. Harvey
Katherine C. Lubin
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Attorneys for Plaintiff*

Timothy L. Warnock
RILEY, WARNOCK & JACOBSON
1906 West End Avenue
Nashville, TN 37203

Andrew Hatchett
Liz Broadway Brown
Matthew Kent
Michael P. Kenny
Teresa T. Bonder
Alston & Bird LLP
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309

*Attorney for Defendant SANDOZ, INC.*

/s/ R. Dale Grimes