UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE HOSPITAL AUTHORITY OF METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a/ NASHVILLE GENERAL HOSPITAL, | ) ) ) ) ) ) | NO. 3:15-cv-01100 JUDGE CRENSHAW |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MOMENTA PHARAMCEUTICALS, INC., and SANDOZ, INC. | ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendants' Motions for Leave to File a Reply (Doc. Nos. 125–26) are hereby **GRANTED**. Based on the parties' briefing and a de novo review of the record, Sections I, II.A, II.B(2), II.B(3), and II.C of the Report and Recommendation of the Magistrate Judge (Doc. No. 114) are hereby **ADOPTED**. Defendants' joint Motion to Transfer (Doc. No. 58) and Defendant Momenta Pharmaceuticals, Inc.'s Motion to Dismiss or Transfer for Improper Venue (Doc. No. 62) are **DENIED**. For the reasons set forth in the accompanying Memorandum Opinion, Defendants' joint Motion to Dismiss (Doc. No. 65) is **GRANTED in part** and **DENIED in part**. Plaintiff's claims for damages are **DISMISSED**. Plaintiff's claims for injunctive and declaratory relief remain pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

1