# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

THE HOSPITAL AUTHORITY OF METROPOLITAN
GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,
TENNESSEE, d/b/a NASHVILLE GENERAL HOSPITAL,

Plaintiff,

v.

MOMENTA PHARAMCEUTICALS, INC., and
SANDOZ, INC.

Defendants.

Case No.   3:15-cv-01100

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for   Plaintiff   hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the   Northern District of California  . Attached is a Certificate of Good Standing from that Court.

s/ *Bruce Leppla*
Signature

Name:   Bruce W. Leppla

Address:   Lieff Cabraser Heimann & Bernstein, LLP

Address:   275 Battery Street, 29th Floor

Address:   San Francisco, CA 94111-3339

Phone:   (415) 956-1000

Email:   bleppla@lchb.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN  37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2017, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system. Case participants who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *John T. Spragens*
JOHN T. SPRAGENS

*Counsel for Plaintiff*