UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

The Hospital Authority of Metropolitan Gov
Plaintiff,

v.

Case No. 3:15-cv-01100

Momenta Pharmaceuticals, Inc. and Sand
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Momenta Pharmaceuticals, Inc. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of Colorado. Attached is a Certificate of Good Standing from that Court.

s/ Samuel Rudman
Signature

Name: Samuel Rudman

Address: Choate Hall & Stewart LLP

Address: Two International Place

Address: Boston, MA 02110

Phone: 617-248-4034

Email: srudman@choate.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2017, a true and correct copy of the foregoing document was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on counsel listed below:

Mark P. Chalos
John T. Spragens
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue North
Suite 1650
Nashville, TN 37219

Brendan P. Glackin
Dean M. Harvey
Katherine C. Lubin
Bruce W. Leppla
Liz Broadway Brown
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Attorneys for Plaintiff*

Timothy L. Warnock
RILEY, WARNOCK & JACOBSON
1906 West End Avenue
Nashville, TN 37203

Andrew Hatchett
Matthew Kent
Michael P. Kenny
Teresa T. Bonder
Alston & Bird LLP
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309

*Attorney for Defendant SANDOZ, INC.*

/s/ R. Dale Grimes