## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

The Hospital Authority of Metropolitan
Government of Nashville and Davidson County,
Tennessee, d/b/a Nashville General Hospital

Plaintiff,

v.                                                        Case No. 3:15-cv-01100

Momenta Pharmaceuticals, Inc., and
Sandoz, Inc.

Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Momenta Pharmaceuticals, Inc. hereby moves for admission

to appear *pro hac vice* in this action.  I hereby certify that I am a member in good standing from

the United States District Court for the District of Connecticut.

Attached is a Certificate of Good Standing from that Court.


                                        */s/ Jeremy Lowe*
                                                       Signature

Name                Jeremy Lowe
Address             Axinn, Veltrop & Harkrider LLP
Address             90 State House Square
Address             Hartford, CT 06103
Phone               860.275.8119
Email               jlowe@axinn.com

**\*\*FEE: $75.00**

**(\*Note: The fee may be paid through the credit card module on the Court's ECF
System if the motion is filed electronically, or it may be forwarded to the Clerk within
21 days after the filing. If forwarded to the Clerk, payment should be in the form of a
check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801
Broadway,  Room 800, Nashville, TN 37203.)**

### \* \* \* INCLUDE  A CERTIFICATE  OF SERVICE  \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically filed the foregoing with the

Clerk of the Court via the CM/ECF system. Notice of the filing was served via the court's

electronic filing system on all counsel of record, including counsel listed below:

Brendan P. Glackin (*pro hac vice*)
Dean M. Harvey (*pro hac vice*)
Katherine C. Lubin (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 946111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Mark P. Chalos (TN State Bar No. 19328)
John T. Spragens (TN State Bar No.
031445)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Attorneys for Individual and Representative*
*Plaintiff Hospital Authority of Metropolitan*
*Government of Nashville and Davidson*
*County, Tennessee, d/b/a Nashville General*
*Hospital*

Michael P. Kenny (*pro hac vice*)
Teresa T. Bonder (*pro hac vice*)
Matthew Kent (*pro hac vice*)
D. Andrew Hatchett (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Timothy L. Warnock (TN State Bar No.
12844)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737

*Attorneys for Defendant Sandoz Inc.*

*/s/ R. Dale Grimes*