# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| The Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee, d/b/a Nashville General Hospital<br><br>Plaintiff,<br><br>v.<br><br>Momenta Pharmaceuticals, Inc., and Sandoz, Inc.<br><br>Defendants. | Case No. 3:15-cv-01100 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Momenta Pharmaceuticals, Inc. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of Connecticut.

Attached is a Certificate of Good Standing from that Court.

                                                  */s/ Thomas G. Rohback*
                                                                      Signature

| | |
|---|---|
| Name | Thomas G. Rohback |
| Address | Axinn, Veltrop & Harkrider LLP |
| Address | 90 State House Square |
| Address | Hartford, CT 06103 |
| Phone | 860.275.8110 |
| Email | trohback@axinn.com |

**\*\*FEE: $75.00**

**(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)**

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system. Notice of the filing was served via the court's electronic filing system on all counsel of record, including counsel listed below:

Brendan P. Glackin (*pro hac vice*)
Dean M. Harvey (*pro hac vice*)
Katherine C. Lubin (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 946111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Mark P. Chalos (TN State Bar No. 19328)
John T. Spragens (TN State Bar No. 031445)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Attorneys for Individual and Representative Plaintiff Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee, d/b/a Nashville General Hospital*

Michael P. Kenny (*pro hac vice*)
Teresa T. Bonder (*pro hac vice*)
Matthew Kent (*pro hac vice*)
D. Andrew Hatchett (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Timothy L. Warnock (TN State Bar No. 12844)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737

*Attorneys for Defendant Sandoz Inc.*


*/s/ R. Dale Grimes*