UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| The Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee, d/b/a Nashville General Hospital<br><br>Plaintiff,<br><br>v.<br><br>Momenta Pharmaceuticals, Inc., and Sandoz, Inc.<br><br>Defendants. | Case No. 3:15-cv-01100 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Momenta Pharmaceuticals, Inc. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of Columbia.

Attached is a Certificate of Good Standing from that Court.

                                                   */s/ Richard B. Dagen*
                                                          Signature

| | |
|---|---|
| Name | Richard B. Dagen |
| Address | Axinn, Veltrop & Harkrider LLP |
| Address | 950 F Street N.W. |
| Address | Washington, D.C., 20004 |
| Phone | 202.721.5418 |
| Email | rdagen@axinn.com |

**\*\*FEE: $75.00**

**(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)**

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2017, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system. Notice of this filing was served via the court's electronic filing system on all counsel of record, including counsel listed below:

Brendan P. Glackin (*pro hac vice*)
Dean M. Harvey (*pro hac vice*)
Katherine C. Lubin (*pro hac vice*)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Mark P. Chalos
John T. Spragens
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue North
Suite 1650
Nashville, TN 37219

*Attorneys for Plaintiff*

Michael P. Kenny (*pro hac vice*)
Teresa T. Bonder (*pro hac vice*)
Liz Broadway Brown (*pro hac vice*)
Matthew Kent (*pro hac vice*)
D. Andrew Hatchett (*pro hac vice*)
Alston & Bird LLP
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309

Timothy L. Warnock
RILEY, WARNOCK & JACOBSON
1906 West End Avenue
Nashville, TN 37203

*Attorney for Defendant SANDOZ, INC.*

                                                */s/ R. Dale Grimes*