# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

The Hospital Authority of Metropolitan
Government of Nashville and Davidson County, Tennessee
d/b/a Nashville General Hospital

Plaintiff,

v.

Case No. 3:15-cv-1100

Momenta Pharmaceuticals, Inc. and
Sandoz, Inc.

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Sandoz, Inc. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that Court.

s/ Nell G. Moley

Signature

Name: Nell Gibson Moley

Address: Alston & Bird

Address: 560 Mission Street, Suite 2100

Address: San Francisco, CA 94105

Phone: (415) 243-1038

Email: Nell.Moley@alston.com

**\*\*FEE: $75.00**
**(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)**

**\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \***

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via the Court's ECF electronic filing system this 1st day of October 2018 upon:

Adam Gitlin (*pro hac vice*)
Brendan P. Glackin (*pro hac vice*)
Dean M. Harvey (*pro hac vice*)
Katherine C. Lubin (*pro hac vice*)
Bruce W. Leppla (*pro hac vice*)
LIEFF CABRASER HEIMANN
      & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 946111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Mark P. Chalos (TN State Bar No. 19328)
John T. Spragens (TN State Bar No. 031445)
LIEFF CABRASER HEIMANN
      & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Attorneys for Plaintiff*

Jeffrey W. Melcher
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER, LLP
One Atlanta Plaza
950 East Paces Ferry Road, NE
Suite 2850
Atlanta, GA 30326
Telephone: (470) 419-6650

*Attorney for Fresenius Kabi USA, LLC*

R. Dale Grimes (BPR 6223)
Virginia M. Yetter (BPR 31471)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Michael L. Keeley (*pro hac vice*)
Bradley D. Justus (*pro hac vice*)
Daniel K. Oakes (*pro hac vice*)
Richard B. Dagen (*pro hac vice*)
AXINN, VELTROP & HARKRIDER, LLP
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 912-4700
Facsimile: (202) 912-4701

Thomas Rohback (*pro hac vice*)
Jeremy Lowe (*pro hac vice*)
Jason T. Murata (*pro hac vice*)
AXINN, VELTROP & HARKRIDER, LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101

*Attorneys for Momenta Pharmaceuticals, Inc.*

 

/s/Timothy L. Warnock