UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

THE HOSPITAL AUTHORITY OF METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a
NASHVILLE GENERAL HOSPITAL and AMERICAN FEDERATION OF
STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL
37 HEALTH & SECURITY PLAN,

Plaintiffs,

v.

MOMENTA PHARMACEUTICALS, INC. and        Case No. 3:15-cv-01100
SANDOZ INC.,

Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

/s/ David T. Rudolph
Signature

Name: David T. Rudolph

Address: Lieff Cabraser Heimann & Bernstein, LLP

Address: 275 Battery Street, 29th Floor

Address: San Francisco, CA 94111-3339

Phone: (415) 956-1000

Email: drudolph@lchb.com

**\*\*FEE: $75.00**
**(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)**

1704807.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2019 I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system. Case participants who are registered CM/ECF users will be served by the CM/ECF system.

/s/ David T. Rudolph
Signature
*Counsel for Plaintiffs*

1704807.1