# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

THE HOSPITAL AUTHORITY OF METROPOLITAN
GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,
TENNESSEE, d/b/a/ NASHVILLE GENERAL HOSPITAL

    Plaintiff,

v.

MOMENTA PHARMACEUTICALS, INC. and          Case No. **3:15-cv-1100**
SANDOZ, INC.

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for **Sandoz, Inc.** hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the **Northern District of California.**

Attached is a Certificate of Good Standing from that Court.

         */s/ Jean E. Richmann*
         Signature

Name: **Jean E. Richmann**

Address: **Alston & Bird LLP**

Address: **560 Mission Street**

Address: **San Francisco, CA 94105**

Phone: **415-243-1039**

Email: **jean.richmann@alston.com**

**\*\*FEE: $100.00**
**(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)**

**\*\*\* INCLUDE A CERTIFICATE OF SERVICE\*\*\***

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via the Court's ECF electronic filing system and U.S. mail on this 29th day of May 2019 upon:

Adam Gitlin (*pro hac vice*)
Bruce W. Leppla (*pro hac vice*)
Brendan P. Glackin (*pro hac vice*)
Dean M. Harvey (*pro hac vice*)
Katherine C. Lubin (*pro hac vice*)
LIEFF CABRASER HEIMANN
    &amp; BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 946111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Mark P. Chalos (TN State Bar No. 19328)
John T. Spragens (TN State Bar No. 031445)
LIEFF CABRASER HEIMANN
    &amp; BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Attorneys for Plaintiff*

R. Dale Grimes (BPR 6223)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Michael L. Keeley (*pro hac vice*)
Richard B. Dagen (*pro hac vice*)
Bradley D. Justus (*pro hac vice*)
Daniel K. Oakes (*pro hac vice*)
AXINN, VELTROP & HARKRIDER, LLP
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 912-4700
Facsimile: (202) 912-4701

Thomas Rohback (*pro hac vice*)

Jason T. Murata (*pro hac vice*)
AXINN, VELTROP & HARKRIDER, LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101

*Attorneys for Momenta Pharmaceuticals, Inc.*

    /s/Timothy L. Warnock