# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| The Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee, d/b/a Nashville General Hospital<br><br>Plaintiff,<br><br>v.<br><br>Momenta Pharmaceuticals, Inc., and Sandoz, Inc.<br><br>Defendants. | Case No. 3:15-cv-01100 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Momenta Pharmaceuticals, Inc. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the District of Connecticut. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings, except as disclosed herein: None.

                                                             */s/ Brooke Jones Oppenheimer*
                                                                                Signature

| | |
|---|---|
| Name and State Bar Number: | Brooke Jones Oppenheimer, Connecticut # 435354 |
| Business Address: | Axinn, Veltrop & Harkrider LLP<br>90 State House Square<br>Hartford, CT 06103 |
| Phone: | 860.275.8185 |
| Email: | boppenheimer@axinn.com |

**\*\*FEE: $100.00 [Fee may be paid through the credit card module in ECF or payment be forwarded to the Clerk within 21 days of the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)**

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2019, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system. Notice of the filing was served via the court's electronic filing system on all counsel of record, including counsel listed below:

Adam Gitlin
Brendan P. Glackin
Bruce W. Leppla
Dean M. Harvey
Katherine C. Lubin
David T. Rudolph
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 946111-3339

Mark P. Chalos
John T. Spragens
Andrew Richard Kaufman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201

*Attorneys for Individual and Representative Plaintiff Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee, d/b/a Nashville General Hospital*

Michael P. Kenny
Teresa T. Bonder
Matthew Kent
D. Andrew Hatchett
Anthony Thomas Greene
Kara F. Kennedy
Liz Broadway Brown
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Nell G. Moley
Jean E. Richmann
ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105

Timothy L. Warnock
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

*Attorneys for Defendant Sandoz Inc.*

/s/ Virginia M. Yetter

26619931.1