## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| THE HOSPITAL AUTHORITY OF METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a NASHVILLE GENERAL HOSPITAL and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN, | Civil Action No. 3:15-cv-01100 |
| Plaintiffs, | Chief Judge Waverly D. Crenshaw, Jr. Magistrate Judge Barbara D. Holmes |
| v. | |
| MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC., | |
| Defendants. | |

## DECLARATION OF MICHAEL L. KEELEY, ESQ., IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Michael L. Keeley, declare as follows:

I am an attorney at the law firm Axinn, Veltrop & Harkrider LLP, counsel for Defendant Momenta Pharmaceuticals, Inc. in this action. I submit this Declaration in support of Defendants' Motion for Summary Judgment. I have personal knowledge of the following facts, and if called as a witness, I could competently testify to these matters.

1. Attached hereto as Exhibit 1 is a true and correct copy of the United States Food and Drug Administration ("FDA") Lovenox New Drug Application approval letter sent to Rhone-Poulenc Rorer on March 29, 1993.

2. Attached hereto as Exhibit 2 is a true and correct copy of the FDA Abbreviated New Drug Application approval letter sent to Teva Pharmaceuticals USA on June 23, 2014.

3. Attached hereto as Exhibit 3 is a true and correct copy of the FDA National Drug Code Directory for Enoxaparin as of August 22, 2019.

4. Attached hereto as Exhibit 4 is a true and correct copy of the FDA Generic Enoxaparin Questions and Answers.

5. Attached hereto as **SEALED** Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Steven Brugger, dated June 7, 2019.

6. Attached hereto as **SEALED** Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Richard Shea, dated May 10, 2019.

7. Attached hereto as Exhibit 7 is a true and correct copy of the document produced with the Bates number MOM-NGH0236758.

8. Attached hereto as Exhibit 8 is a true and correct copy of the document produced with the Bates number MOM-NGH0241627.

9. Attached hereto as Exhibit 9 is a true and correct copy of the document produced with the Bates number MOM-NGH0214419.

10. Attached hereto as Exhibit 10 is a true and correct copy of the document produced with the Bates number MOM-NGH0214207.

11. Attached hereto as Exhibit 11 is a true and correct copy of the assignment of patent application No. 10/386,402 by G. Venkataraman, Z. Shriver, M. Sundaram, Y. Qi, and R. Sasisekharan to Momenta Pharmaceuticals, Inc., dated March 3, 2004.

12. Attached hereto as Exhibit 12 is a true and correct copy of the document produced with the Bates number USP_EN_00000010.

13. Attached hereto as Exhibit 13 is a true and correct copy of the document produced with the Bates number MOM-NGH-0430956.

2

14.     Attached hereto as **<u>SEALED</u>** Exhibit 14 is a true and correct copy of the document produced with the Bates number USPAM_00006700.

15.     Attached hereto as **<u>SEALED</u>** Exhibit 15 is a true and correct copy of the document produced with the Bates number MOM-NGH-0358249.

16.     Attached hereto as **<u>SEALED</u>** Exhibit 16 is a true and correct copy of the document produced with the Bates number USPAM_00000116.

17.     Attached hereto as **<u>SEALED</u>** Exhibit 17 is a true and correct copy of the document produced with the Bates number USPAM_00009560.

18.     Attached hereto as **<u>SEALED</u>** Exhibit 18 is a true and correct copy of the document produced with the Bates number USPAM_00000029.

19.     Attached hereto as **<u>SEALED</u>** Exhibit 19 is a true and correct copy of excerpts from the deposition transcript of Dr. Zachary Shriver, dated May 17, 2019.

20.     Attached hereto as **<u>SEALED</u>** Exhibit 20 is a true and correct copy of the document produced with the Bates number USPAM_00008691.

21.     Attached hereto as **<u>SEALED</u>** Exhibit 21 is a true and correct copy of excerpts from the deposition transcript of Susan de Mars in *Amphastar Pharmaceuticals, Inc. v. Momenta Pharmaceuticals, Inc.*, No. 16-cv-10112-NMG (D. Mass.) (the "Amphastar Antitrust Action"), dated November 20, 2018.

22.     Attached hereto as **<u>SEALED</u>** Exhibit 22 is a true and correct copy of the document produced with the Bates number USPAM_00000225.

23.     Attached hereto as **<u>SEALED</u>** Exhibit 23 is a true and correct copy of the Declaration of Dr. Jian Liu, dated August 22, 2019.

3

24. Attached hereto as **<u>SEALED</u>** Exhibit 24 is a true and correct copy of excerpts from the deposition transcript of Dr. Robert J. Linhardt in the Amphastar Antitrust Action, dated November 20, 2018.

25. Attached hereto as Exhibit 25 is a true and correct copy of the document produced with the Bates number MOM-NGH-0358504.

26. Attached hereto as **<u>SEALED</u>** Exhibit 26 is a true and correct copy of the document produced with the Bates number USPAM_00000242.

27. Attached hereto as Exhibit 27 is a true and correct copy of the document produced with the Bates number MOM-NGH-0430962.

28. Attached hereto as **<u>SEALED</u>** Exhibit 28 is a true and correct copy of the document produced with the Bates number USPAM_00000251.

29. Attached hereto as **<u>SEALED</u>** Exhibit 29 is a true and correct copy of excerpts from the deposition transcript of Jon Edward Clark, dated August 6, 2019.

30. Attached hereto as Exhibit 30 is a true and correct copy of the document produced with the Bates number MOM-NGH0242254.

31. Attached hereto as Exhibit 31 is a true and correct copy of the document produced with the Bates number MOM-NGH0242271.

32. Attached hereto as Exhibit 32 is a true and correct copy of the document produced with the Bates number MOM-NGH0242318.

33. Attached hereto as Exhibit 33 is a true and correct copy of the document produced with the Bates number MOM-NGH0147066.

34. Attached hereto as Exhibit 34 is a true and correct copy of the document produced with the Bates number MOM-NGH-0358091.

4

35. Attached hereto as Exhibit 35 is a true and correct copy of the document produced with the Bates number MOM-NGH-0358106.

36. Attached hereto as Exhibit 36 is a true and correct copy of the document produced with the Bates number MOM-NGH0189192.

37. Attached hereto as Exhibit 37 is a true and correct copy of the document produced with the Bates number USP_EN_00000202.

38. Attached hereto as Exhibit 38 is a true and correct copy of the document produced with the Bates number MOM-NGH-0544150.

39. Attached hereto as Exhibit 39 is a true and correct copy of the document produced with the Bates number USP_EN_00000095.

40. Attached hereto as **<u>SEALED</u>** Exhibit 40 is a true and correct copy of excerpts from the deposition transcript of Jon Edward Clark in the Amphastar Antitrust Action, dated April 19, 2019.

41. Attached hereto as **<u>SEALED</u>** Exhibit 41 is a true and correct copy of the document produced with the Bates number MOM-NGH-0509744.

42. Attached hereto as **<u>SEALED</u>** Exhibit 42 is a true and correct copy of excerpts from the deposition transcript of Dr. David Kessler, dated August 9, 2019.

43. Attached hereto as **<u>SEALED</u>** Exhibit 43 is a true and correct copy of the document produced with the Bates number USPAM_00002318.

44. Attached hereto as **<u>SEALED</u>** Exhibit 44 is a true and correct copy of the document produced in the Amphastar Antitrust Action with the Bates number AMPH00053218.

5

45. Attached hereto as **<u>SEALED</u>** Exhibit 45 is a true and correct copy of excerpts from the deposition transcript of Dr. Yong Feng Zhang in the Amphastar Antitrust Action, dated November 30, 2018.

46. Attached hereto as **<u>SEALED</u>** Exhibit 46 is a true and correct copy of the document produced in the Amphastar Antitrust Action with the Bates number AMPH00195944.

47. Attached hereto as Exhibit 47 is a true and correct copy of the document produced with the Bates number MOM-NGH0220602.

48. Attached hereto as **<u>SEALED</u>** Exhibit 48 is a true and correct copy of excerpts from the deposition transcript of Diane Gerst in the Amphastar Antitrust Action, dated October 30, 2018.

49. Attached hereto as Exhibit 49 is a true and correct copy of the Corrected Brief for the United Stated as Amicus Curiae filed in *Momenta Pharm., Inc. v. Teva Pharm. USA Inc*., 2015 WL 4557652 (Fed. Cir.).

50. Attached hereto as **<u>SEALED</u>** Exhibit 50 is a true and correct copy of excerpts from the Responsive Expert Report of Jon Edward Clark, dated July 5, 2019.

51. Attached hereto as **<u>SEALED</u>** Exhibit 51 is a true and correct copy of excerpts from the deposition transcript of Tony Kwan, dated July 31, 2019.

52. Attached hereto as Exhibit 52 is a true and correct copy of the document produced with the Bates number MOM-NGH0217340.

53. Attached hereto as Exhibit 53 is a true and correct copy of the document produced with the Bates number MOM-NGH0217122.

54. Attached hereto as **<u>SEALED</u>** Exhibit 54 is a true and correct copy of excerpts from the deposition transcript of Dr. Russell Lamb, dated August 13, 2019.

6

55. Attached hereto as **<u>SEALED</u>** Exhibit 55 is a true and correct copy of excerpts from the Expert Report of Dr. Russell Lamb, dated May 24, 2019.

56. Attached hereto as **<u>SEALED</u>** Exhibit 56 is a true and correct copy of the Declaration of Dr. Anupam B. Jena, dated August 22, 2019.

57. Attached hereto as **<u>SEALED</u>** Exhibit 57 is a true and correct copy of excerpts from the deposition transcript of Dr. Stephen Raskin, dated July 29, 2019.

58. Attached hereto as **<u>SEALED</u>** Exhibit 58 is a true and correct copy of an excerpt of Plaintiff DC 37's claims data produced as DC37_000190.

59. Attached hereto as Exhibit 59 is a true and correct copy of the document produced with the Bates number MOM-NGH0048575.

60. Attached hereto as Exhibit 60 is a true and correct copy of the document produced with the Bates number USP_EN_00000071.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed the 23rd day of August, 2019.

*/s/ Michael L. Keeley*
Michael L. Keeley (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
Tel: (202) 912-4700
Fax: (202) 912-4701

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2019, a true and correct copy of the foregoing document was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on counsel listed below:

Brendan P. Glackin
Bruce W. Leppla
Dean M. Harvey
David T. Rudolph
Katherine C. Lubin
Adam Gitlin
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Mark P. Chalos
Andrew Richard Kaufman
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, TN 37201

John Tate Spragens
SPRAGENS LAW PLC
1200 16th Ave. S.
Nashville, TN 37212

*Attorneys for Plaintiffs*

*/s/ Andrew Hatchett*