UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE HOSPITAL AUTHORTIY OF  ) <br> METOPOLITAN GOVERNMENT OF  ) <br> NASHVILLE AND DAVIDSON  ) <br> COUNTY, TENNESSEE, d/b/a  ) <br> NASHVILLE GENERAL HOSPITAL  ) <br> and AMERICAN FEDERATION OF  ) <br> STATE, COUNTY AND MUNICPAL  ) <br> EMPLOYEES DISTRICT COUNCIL 37  ) <br> HEALTH & SECURITY PLAN,  ) <br>       ) <br>    Plaintiffs,   ) <br>       ) <br> v.      ) <br>       ) <br> MOMENTA PHARMACEUTICALS,  ) <br> INC. and SANDOZ INC.,   ) <br>       ) <br>    Defendants.  ) | No. 3:15-cv-01100 |

# ORDER

Pending before the Court are two separate motions. The first motion is Nashville General Hospital ("NGH") and American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan's ("DC 37") (collectively "Plaintiffs") Renewed Motion for Class Certification and Appointment of Class Counsel. (Doc. No. 349.) Momenta Pharmaceuticals, Inc. ("Momenta") and Sandoz Inc. ("Sandoz") (collectively "Defendants") have responded in opposition (Doc. No. 361) and also filed a Motion to Exclude the Report and Opinions of Plaintiffs' Expert Dr. Russell L. Lamb (Doc. No. 360). For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' Renewed Motion for Class Certification and Appointment of Class Counsel is **GRANTED** and Defendants' Motion to Exclude the Report and Opinions of Plaintiffs' Expert Dr. Russell L. Lamb is **DENIED**. The Class will be defined as set forth in the Memorandum Opinion. NGH and DC 37 **SHALL** serve as Class Representative and Lieff

Cabraser **SHALL** serve as Class Counsel. The case is hereby **RETURNED** to the Magistrate Judge for further case management.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE