# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| THE HOSPITAL AUTHORITY OF METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a NASHVILLE GENERAL HOSPITAL and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN,<br><br>        Plaintiffs,<br><br>        v.<br><br>MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC.,<br><br>        Defendants. | Civil Action No. 3:15-cv-01100 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority or any court, and no criminal charges have ever been brought against me.

                                                         Signature

Name:    Jeremy J. Pilaar, CA Bar No. 325201

Address:  Lieff Cabraser Heimann & Bernstein, LLP

Address:  275 Battery Street, 29th Floor

Address:  San Francisco, CA 94111-3339

Phone:   (415) 956-1000

Email:    jpilaar@lchb.com

1830644.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2019, the foregoing document was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on counsel listed below:

| | |
|---|---|
| Timothy L. Warnock (TN Bar No. 12844)<br>RILEY WARNOCK & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3700<br>Facsimile: (615) 320-3737 | R. Dale Grimes (TN Bar No. 6223)<br>Virginia M. Yetter (TN Bar No. 31471)<br>BASS, BERRY & SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Telephone: (615) 742-6200 |
| Teresa T. Bonder (*pro hac vice*)<br>Matthew D. Kent (*pro hac vice*)<br>Liz Brodway Brown (*pro hac vice*)<br>D. Andrew Hatchett (*pro hac vice*)<br>Michael P. Kenny (*pro hac vice*)<br>Anthony Thomas Greene (*pro hac vice*)<br>Kara F. Kennedy (*pro hac vice*)<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777 | Jason T. Murata (*pro hac vice*)<br>Brooke Jones Oppenheimer (*pro hac vice*)<br>Thomas G. Rohback (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>Telephone: (860) 275-8100<br>Facsimile: (860) 275-8101 |
| Nell G. Moley (*pro hac vice*)<br>Jean E. Richmann (*pro hac vice*)<br>ALSTON & BIRD LLP<br>560 Mission Street, Suite 2100<br>San Francisco, CA 94105<br>Telephone: (415) 243-1000<br>Facsimile: (415) 243-1001 | Carmel Rana Arikat (*pro hac vice*)<br>Richard B. Dagen (*pro hac vice*)<br>Bradley D. Justus (*pro hac vice*)<br>Michael L. Keeley (*pro hac vice*)<br>Daniel K. Oakes (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>950 F Street, NW<br>Washington, DC 20004<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701 |
| *Attorneys for Sandoz Inc.* | *Attorneys for Momenta Pharmaceuticals, Inc.* |

/s/ *Andrew R. Kaufman*
ANDREW R. KAUFMAN
*Counsel for Plaintiffs*

1830644.1