| | |
|---|---|
| THE HOSPITAL AUTHORITY OF METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a NASHVILLE GENERAL HOSPITAL and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN,<br><br>        Plaintiffs,<br><br>        v.<br><br>MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC.,<br><br>        Defendants. | Civil Action No. 3:15-cv-01100 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority or any court, and no criminal charges have ever been brought against me.

*[Signature]*
Signature

Name:    Richard M. Heimann, CA Bar No. 063607

Address:    Lieff Cabraser Heimann & Bernstein, LLP

Address:    275 Battery Street, 29th Floor

Address:    San Francisco, CA 94111-3339

Phone:    (415) 956-1000

Email:    rheimann@lchb.com

1855729.2

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2019, the foregoing document was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on counsel listed below:

Timothy L. Warnock (TN Bar No. 12844)
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737

Teresa T. Bonder (*pro hac vice*)
Matthew D. Kent (*pro hac vice*)
Liz Brodway Brown (*pro hac vice*)
D. Andrew Hatchett (*pro hac vice*)
Michael P. Kenny (*pro hac vice*)
Anthony Thomas Greene (*pro hac vice*)
Kara F. Kennedy (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Nell G. Moley (*pro hac vice*)
Jean E. Richmann (*pro hac vice*)
ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Telephone:  (415) 243-1000
Facsimile:  (415) 243-1001

*Attorneys for Sandoz Inc.*

R. Dale Grimes (TN Bar No. 6223)
Virginia M. Yetter (TN Bar No. 31471)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Jason T. Murata (*pro hac vice*)
Brooke Jones Oppenheimer (*pro hac vice*)
Thomas G. Rohback (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101

Carmel Rana Arikat (*pro hac vice*)
Richard B. Dagen (*pro hac vice*)
Bradley D. Justus (*pro hac vice*)
Michael L. Keeley (*pro hac vice*)
Daniel K. Oakes (*pro hac vice*)
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
Telephone: (202) 912-4700
Facsimile: (202) 912-4701

Tucker N. Terhufen (CA Bar No. 311038)
Juanita R. Brooks (CA Bar No. 75934)
Roger A. Denning (CA Bar No. 228998)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070

*Attorneys for Momenta Pharmaceuticals, Inc.*

      /s/ *Andrew R. Kaufman*
         ANDREW R. KAUFMAN
         *Counsel for Plaintiffs*

1855729.2