UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE HOSPITAL AUTHORITY OF METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a NASHVILLE GENERAL HOSPITAL and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC., <br><br> Defendants. | Civil Action No. 3:15-cv-01100 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Barbara D. Holmes |

**PLAINTIFFS' UNOPPOSED MOTION TO DIRECT NOTICE
TO THE CLASS REGARDING SETTLEMENT**

Plaintiffs The Hospital Authority of Metropolitan Government of Nashville and Davidson County and American Federation of State, County and Municipal Employees District Council 37 Health and Security Plan, by and through their undersigned counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 23 for an order:

(1) finding that the Court will likely approve the proposed class action settlements with Momenta Pharmaceuticals, Inc. and Sandoz Inc. under Rule 23(e)(2);

(2) directing notice of the Settlements to the previously certified Class, and approving the proposed forms and manner thereof;

(3) appointing A.B. Data Ltd. as the Notice and Claims Administrator;

(4) setting a schedule for disseminating notice to Class members, and deadlines to object to the Settlements; and

(5) scheduling a hearing pursuant to Rule 23(e) to determine whether the Settlements are fair, reasonable and adequate under Rule 23(e)(2) and should be approved.

This motion is based on this Motion and supporting Memorandum of Points and Authorities in Support; the Declaration of Brendan P. Glackin, filed herewith; the declaration of Russell L. Lamb, filed herewith; the declaration of Linda V. Young, filed herewith; the pleadings and papers filed in this action; and such other matters as the Court may consider.

1871338.1                                      1

Dated: December 20, 2019             Respectfully submitted,

*/s/ Brendan P. Glackin*
Brendan P. Glackin (*pro hac vice*)
Dean M. Harvey (*pro hac vice*)
Bruce W. Leppla (*pro hac vice*)
Katherine Lubin Benson (*pro hac vice*)
David T. Rudolph (*pro hac vice*)
Adam Gitlin (*pro hac vice*)
Michelle A. Lamy (*pro hac vice*)
Jeremy J. Pilaar (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 946111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Mark P. Chalos (TN State Bar No. 19328)
Andrew R. Kaufman (TN State Bar No. 33864)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 Second Avenue, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Class Counsel on Behalf of Class Representatives
Nashville General and DC 37 and the Class*

John T. Spragens (TN State Bar No. 31445)
SPRAGENS LAW PLC
1200 16th Ave. S.
Nashville, TN 37212
Telephone: (615) 983-8900
Facsimile: (615) 682-8533

*Additional Counsel for Class Representatives*

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2019, the foregoing document was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on counsel listed below:

| | |
|---|---|
| Timothy L. Warnock (TN Bar No. 12844)<br>Stuart A. Burkhalter (TN Bar No. 29078)<br>RILEY WARNOCK & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3700<br>Facsimile: (615) 320-3737<br><br>Matthew D. Kent (*pro hac vice*)<br>Liz Brodway Brown (*pro hac vice*)<br>D. Andrew Hatchett (*pro hac vice*)<br>Michael P. Kenny (*pro hac vice*)<br>Anthony Thomas Greene (*pro hac vice*)<br>Kara F. Kennedy (*pro hac vice*)<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br><br>Teresa T. Bonder (*pro hac vice*)<br>Nell G. Moley (*pro hac vice*)<br>Jean E. Richmann (*pro hac vice*)<br>ALSTON & BIRD LLP<br>560 Mission Street, Suite 2100<br>San Francisco, CA 94105<br>Telephone: (415) 243-1000<br>Facsimile: (415) 243-1001<br><br>Attorneys for Sandoz Inc. | R. Dale Grimes (TN Bar No. 6223)<br>Virginia M. Yetter (TN Bar No. 31471)<br>BASS, BERRY & SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Telephone: (615) 742-6200<br><br>Jason T. Murata (*pro hac vice*)<br>Brooke Jones Oppenheimer (*pro hac vice*)<br>Thomas G. Rohback (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>Telephone: (860) 275-8100<br>Facsimile: (860) 275-8101<br><br>Carmel Rana Arikat (*pro hac vice*)<br>Richard B. Dagen (*pro hac vice*)<br>Bradley D. Justus (*pro hac vice*)<br>Michael L. Keeley (*pro hac vice*)<br>Daniel K. Oakes (*pro hac vice*)<br>Jetta C. Sandin (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>950 F Street, NW<br>Washington, DC 20004<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br><br>Carol Xianxiao Liu (*pro hac vice*)<br>Varnitha Siva (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>114 West 47th Street<br>New York, NY 10036<br>Telephone: (212) 728-2200<br>Facsimile: (212) 728-2201 |

1871338.1

Juanita R. Brooks (*pro hac vice*)
Roger Alen Denning (*pro hac vice*)
Tucker N. Terhufen
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Momenta Pharmaceuticals, Inc.


   */s/Katherine Lubin Benson*
   Katherine Lubin Benson