UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE HOSPITAL AUTHORTIY OF METOPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a NASHVILLE GENERAL HOSPITAL and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN, <br><br>Plaintiffs, <br><br>v. <br><br>MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC., <br><br>Defendants. | No. 3:15-cv-01100 |

## ORDER

Given the Court's Order of Preliminary Approval of Settlement (Doc. No. 488), Defendants' Motion for Summary Judgment (Doc. No. 403) is **HELD IN ABEYANCE**. The Clerk is instructed to terminate the motion on the docket, subject to revival if the parties are not able to finalize their settlement.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE