UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE HOSPITAL AUTHORITY OF METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a NASHVILLE GENERAL HOSPITAL and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MOMENTA PHARMACEUTICALS, INC. and SANDOZ, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 3:15-cv-01100<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes |

## UNOPPOSED MOTION TO MODIFY
## ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs The Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee, d/b/a Nashville General Hospital and the American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan (collectively "Plaintiffs") filed an Unopposed Motion to Direct Notice to the Class Regarding Settlement (Doc. No. 486), including a Proposed Order Directing Notice to the Class (Doc. No. 486-5). Plaintiffs' proposed schedule contemplated completion of media and print publication notice of the settlement 30 days from the date of initiation of media and print publication notice (*id.* at 10);

On January 3, 2020, the Court entered an Order of Preliminary Approval of Settlement (Doc. No. 488) ("Order"), adopting Plaintiffs' proposed deadline for initiation of media and print publication notice of 21 days following the Court's Order (i.e., January 24, 2020, 21 days after January 3). The Order set a February 3, 2020 deadline for completion of media and print

publication notice of the settlement, which is 10 days after the deadline for initiation of media and print publication, not February 23, 2020, which would be 30 days after initiation of media and print publication notice of the settlement;

Plaintiffs believe that the February 3, 2020 deadline was a scrivener's error, perhaps resulting from a lack of sufficient clarity by Plaintiffs about the interaction of the deadline with the timing and duration of the notice campaign. Plaintiffs therefore respectfully request that the date be corrected to February 23, 2020, to allow sufficient lead time to commence and complete a notice campaign through various media and print outlets.

Defendants do not oppose Plaintiffs' motion to modify the Order.

Accordingly, Plaintiffs hereby respectfully move the Court to modify the Order to make the deadline for completion of media and print publication notice February 23, 2020. A corrected version of the Order and a redline of this version compared to the Order as-issued are attached hereto as Exhibits A and B.

Dated: January 7, 2020

Respectfully submitted,

*/s/ Brendan P. Glackin*
Brendan P. Glackin (*pro hac vice*)
Dean M. Harvey (*pro hac vice*)
Bruce W. Leppla (*pro hac vice*)
Katherine Lubin Benson (*pro hac vice*)
David T. Rudolph (*pro hac vice*)
Adam Gitlin (*pro hac vice*)
Michelle A. Lamy (*pro hac vice*)
Jeremy J. Pilaar (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 946111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Mark P. Chalos (TN State Bar No. 19328)
Andrew R. Kaufman (TN State Bar No. 33864)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 Second Avenue, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Class Counsel on Behalf of Class Representatives*
*Nashville General and DC 37 and the Class*

John T. Spragens (TN State Bar No. 31445)
SPRAGENS LAW PLC
1200 16th Ave. S.
Nashville, TN 37212
Telephone: (615) 983-8900
Facsimile: (615) 682-8533

*Additional Counsel for Class Representatives*

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2020, the foregoing document was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on counsel listed below:

| | |
|---|---|
| Timothy L. Warnock (TN Bar No. 12844)<br>Stuart A. Burkhalter (TN Bar No. 29078)<br>RILEY WARNOCK & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3700<br>Facsimile: (615) 320-3737<br><br>Matthew D. Kent (*pro hac vice*)<br>Liz Brodway Brown (*pro hac vice*)<br>D. Andrew Hatchett (*pro hac vice*)<br>Michael P. Kenny (*pro hac vice*)<br>Anthony Thomas Greene (*pro hac vice*)<br>Kara F. Kennedy (*pro hac vice*)<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br><br>Teresa T. Bonder (*pro hac vice*)<br>Nell G. Moley (*pro hac vice*)<br>Jean E. Richmann (*pro hac vice*)<br>ALSTON & BIRD LLP<br>560 Mission Street, Suite 2100<br>San Francisco, CA 94105<br>Telephone: (415) 243-1000<br>Facsimile: (415) 243-1001<br><br>Attorneys for Sandoz Inc. | R. Dale Grimes (TN Bar No. 6223)<br>Virginia M. Yetter (TN Bar No. 31471)<br>BASS, BERRY & SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Telephone: (615) 742-6200<br><br>Jason T. Murata (*pro hac vice*)<br>Brooke Jones Oppenheimer (*pro hac vice*)<br>Thomas G. Rohback (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT 06103<br>Telephone: (860) 275-8100<br>Facsimile: (860) 275-8101<br><br>Carmel Rana Arikat (*pro hac vice*)<br>Richard B. Dagen (*pro hac vice*)<br>Bradley D. Justus (*pro hac vice*)<br>Michael L. Keeley (*pro hac vice*)<br>Daniel K. Oakes (*pro hac vice*)<br>Jetta C. Sandin (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>950 F Street, NW<br>Washington, DC 20004<br>Telephone: (202) 912-4700<br>Facsimile: (202) 912-4701<br><br>Carol Xianxiao Liu (*pro hac vice*)<br>Varnitha Siva (*pro hac vice*)<br>AXINN, VELTROP & HARKRIDER LLP<br>114 West 47th Street<br>New York, NY 10036<br>Telephone: (212) 728-2200<br>Facsimile: (212) 728-2201 |

Juanita R. Brooks (*pro hac vice*)
Roger Alen Denning (*pro hac vice*)
Tucker N. Terhufen
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Momenta Pharmaceuticals, Inc.


   */s/Adam Gitlin*
   Adam Gitlin