THE HOSPITAL AUTHORTIY OF )
METOPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON )
COUNTY, TENNESSEE, d/b/a )
NASHVILLE GENERAL HOSPITAL ) No. 3:15-cv-01100
and AMERICAN FEDERATION OF )
STATE, COUNTY AND MUNICPAL )
EMPLOYEES DISTRICT COUNCIL 37 )
HEALTH & SECURITY PLAN, )
)
     Plaintiffs, )
)
v. )
)
MOMENTA PHARMACEUTICALS, )
INC. and SANDOZ INC., )
)
     Defendants. )

## ORDER

On January 3, 2020 the Court issued an Order of Preliminary Approval of Settlement (Doc. No. 488) setting forth various deadlines for a class-wide settlement in this case, including a February 3, 2020 deadline to complete media and print publication notice. Before the Court is Plaintiffs' Unopposed Motion to Modify Order of Preliminary Approval of Settlement (Doc. No. 491) requesting that the deadline to complete media and print publication notice be corrected to February 23, 2020, to allow sufficient lead time to commence and complete a notice campaign through various media and print outlets.

Accordingly, Plaintiffs' Unopposed Motion to Modify Order of Preliminary Approval of Settlement (Doc. No. 491) is **GRANTED**. Paragraph 11 of the Court's Order of Preliminary Approval of Settlement (Doc. No. 488, at 8-9) is amended as follows:

11.    The parties shall adhere to and apply the following schedule:

| Event | Deadline |
|---|---|
| Activation of website and toll-free number; Mailing of Short-Form Notice to third-party payors and hospitals; Initiate media and print publication notice | **January 24, 2020** |
| Complete media and print publication notice | **February 23, 2020** |
| Motion for attorneys' fees, costs, and service awards (oppositions and replies, if any, per local rules) | **March 2, 2020** |
| Deadline for objections | **March 16, 2020** |
| Motion for final approval, attaching final exclusion list and the Notice and Claims Administrator's Exclusion Report and Recommendation (oppositions and replies, if any, per local rules) | **April 24, 2020** |
| Deadline for submission of notices of intent to appear at the Fairness Hearing | **May 15, 2020** |
| Responses to objections, if any | **May 19, 2020** |
| Fairness Hearing (at least 120 days from this order) | **May 29, 2020** |
| Postmark date for members of the Class to submit claims and any required supporting material | **July 3, 2020** |

This Order does not otherwise modify anything in the Court's Order of Preliminary Approval of Settlement (Doc. No. 488).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE