# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE HOSPITAL AUTHORITY OF METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, d/b/a NASHVILLE GENERAL HOSPITAL and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC.,<br><br>Defendants. | Civil Action No. 3:15-cv-01100<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes |

**PLAINTIFFS' NOTICE OF SUBMISSION OF [PROPOSED] FINAL JUDGMENT REGARDING CLASS SETTLEMENT WITH DEFENDANT SANDOZ INC.**

Plaintiffs The Hospital Authority of Metropolitan Government of Nashville and Davidson County and American Federation of State, County and Municipal Employees District Council 37 Health and Security Plan, by and through their undersigned counsel, hereby submit this [Proposed] Final Judgment Regarding Class Settlement With Defendant Sandoz pursuant to Federal Rule of Civil Procedure 54(b).

1. The Court granted Plaintiffs' Motion for Final Approval of Settlement (Doc. 511) on May 29, 2020 (Doc. 521). Pursuant to Paragraph 11 of the Settlement Agreement, (Doc. 486-2), Defendant Sandoz paid the balance of the Settlement Amount into the Escrow Account on June 3, 2020.

2. Plaintiffs therefore respectfully request the Court enter the [Proposed] Final Judgment Regarding Class Settlement With Defendant Sandoz Inc., attached hereto as Exhibit A.

Dated: June 4, 2020                     Respectfully submitted,

*/s/ Brendan P. Glackin*
Brendan P. Glackin (*pro hac vice*)
Dean M. Harvey (*pro hac vice*)
Bruce W. Leppla (*pro hac vice*)
Katherine Lubin Benson (*pro hac vice*)
David T. Rudolph (*pro hac vice*)
Adam Gitlin (*pro hac vice*)
Michelle A. Lamy (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 946111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Mark P. Chalos (TN State Bar No. 19328)
Andrew R. Kaufman (TN State Bar No. 33864)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 Second Avenue, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Class Counsel on Behalf of Class Representatives*
*Nashville General and DC 37 and the Class*

John T. Spragens (TN State Bar No. 31445)
SPRAGENS LAW PLC
1200 16th Ave. S.
Nashville, TN 37212
Telephone: (615) 983-8900
Facsimile: (615) 682-8533

*Additional Counsel for Class Representatives*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June, 2020, the foregoing document was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on counsel listed below:

| | |
|---|---|
| Timothy L. Warnock (TN Bar No. 12844) <br> Stuart A. Burkhalter (TN Bar No. 29078) <br> RILEY WARNOCK & JACOBSON, PLC <br> 1906 West End Avenue <br> Nashville, TN 37203 <br> Telephone: (615) 320-3700 <br> Facsimile: (615) 320-3737 <br><br> Matthew D. Kent (*pro hac vice*) <br> Liz Brodway Brown (*pro hac vice*) <br> D. Andrew Hatchett (*pro hac vice*) <br> Michael P. Kenny (*pro hac vice*) <br> Anthony Thomas Greene (*pro hac vice*) <br> Kara F. Kennedy (*pro hac vice*) <br> ALSTON & BIRD LLP <br> One Atlantic Center <br> 1201 West Peachtree Street <br> Atlanta, GA 30309-3424 <br> Telephone: (404) 881-7000 <br> Facsimile: (404) 881-7777 <br><br> Teresa T. Bonder (*pro hac vice*) <br> Nell G. Moley (*pro hac vice*) <br> Jean E. Richmann (*pro hac vice*) <br> ALSTON & BIRD LLP <br> 560 Mission Street, Suite 2100 <br> San Francisco, CA 94105 <br> Telephone: (415) 243-1000 <br> Facsimile: (415) 243-1001 <br><br> Attorneys for Sandoz Inc. | R. Dale Grimes (TN Bar No. 6223) <br> Virginia M. Yetter (TN Bar No. 31471) <br> BASS, BERRY & SIMS PLC <br> 150 Third Avenue South, Suite 2800 <br> Nashville, TN 37201 <br> Telephone: (615) 742-6200 <br><br> Jason T. Murata (*pro hac vice*) <br> Brooke Jones Oppenheimer (*pro hac vice*) <br> Thomas G. Rohback (*pro hac vice*) <br> AXINN, VELTROP & HARKRIDER LLP <br> 90 State House Square <br> Hartford, CT 06103 <br> Telephone: (860) 275-8100 <br> Facsimile: (860) 275-8101 <br><br> Carmel Rana Arikat (*pro hac vice*) <br> Richard B. Dagen (*pro hac vice*) <br> Bradley D. Justus (*pro hac vice*) <br> Michael L. Keeley (*pro hac vice*) <br> Daniel K. Oakes (*pro hac vice*) <br> Jetta C. Sandin (*pro hac vice*) <br> AXINN, VELTROP & HARKRIDER LLP <br> 950 F Street, NW <br> Washington, DC 20004 <br> Telephone: (202) 912-4700 <br> Facsimile: (202) 912-4701 <br><br> Carol Xianxiao Liu (*pro hac vice*) <br> Varnitha Siva (*pro hac vice*) <br> AXINN, VELTROP & HARKRIDER LLP <br> 114 West 47th Street <br> New York, NY 10036 <br> Telephone: (212) 728-2200 <br> Facsimile: (212) 728-2201 |

Juanita R. Brooks (*pro hac vice*)
Roger Alen Denning (*pro hac vice*)
Tucker N. Terhufen
FISH & RICHARDSON, P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Momenta Pharmaceuticals, Inc.


   */s/Katherine Lubin Benson*
    Katherine Lubin Benson